No. 89–6983.   OBABUEKI *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–6984.   DIXON *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–6999.   SHAID *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 89–7001.   DIAZ *v.* UNITED STATES ET AL.   C. A. 3d Cir. Certiorari denied.

No. 89–7002.   CARDENAS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–7004.   MARTINEZ *v.* TEXAS.   Ct. App. Tex., 4th Dist. Certiorari denied.

No. 89–7006.   SIERRA *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 89–7018.   McMILLION *v.* ROLLINS, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 89–7019.   MUNOZ *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 89–7021.   MUHAMMAD *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 89–7027.   BRADLEY *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 89–7034.   COLEMAN *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 89–7040.   HERNANDEZ *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 89–7041.   MONTOYA-ROJAS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 89–7042.   JAWORSKI *v.* YOUNG ET AL.   C. A. 7th Cir. Certiorari denied.

No. 89–7050.   THOMAS *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.